# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GAGE RUPP,<br><br>    Defendant. | No. 18-CR-15-LRR<br><br>**ORDER REGARDING MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On May 10, 2018, a one-count Second Superseding Indictment was filed against Defendant Gage Rupp. On May 15, 2018, Defendant appeared before United States Magistrate Judge Stephen B. Jackson and entered a plea of guilty to Count 2 of the Second Superseding Indictment. On May 16, 2018, Judge Jackson filed a Report and Recommendation in which he recommended that the court accept Defendant's guilty plea. On May 22, 2018, the parties filed a waiver of objections to the Report and Recommendation. The court, therefore, undertakes the necessary review of Judge Jackson's recommendation to accept Defendant's plea in this case.

## II. ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where

objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 59(b)(3).[1]

In this case, the parties waived objections to the Report and Recommendation, and it appears to the court upon review of Judge Jackson's findings and conclusions that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Jackson's Report and Recommendation of May 16, 2018, and **ACCEPTS** Defendant's plea of guilty to Count 2 of the Second Superseding Indictment.

**IT IS SO ORDERED.**

**DATED** this 22nd day of May, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] *United States v. Cortez-Hernandez*, 673 F. App'x 587, 590-91 (8th Cir. 2016) (per curiam), suggests that a defendant may have the right to de novo review of a magistrate judge's recommendation to accept a plea of guilty even if no objection is filed. *But see* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). The district court judge will undertake a de novo review of the Report and Recommendation if a written request for such review is filed within fourteen days after this order is filed.